# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER SANDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 11-cv-647-WDS-DGW |
| ) | |
| **OLIN CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 4, 2012 (doc. 12), this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

**NANCY J. ROSENSTENGEL,**
**CLERK OF COURT**


**BY:  /s/ *Cheryl A. Ritter***
         **Deputy Clerk**

Dated:   26 July 2012


APPROVED: WILLIAM D. STIEHL
                   U. S. DISTRICT JUDGE